# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

In re:

                                         Case No.: 16-16643-JKO

ALEX S. CHISHOLM,                            Chapter 11

        Debtor in Possession.

_____/

## FIRST INTERIM FEE APPLICATION
### OF IZ FORENSICS, LLC

| | | |
|---|---|---|
| 1. | Name of Applicant: | IZ Forensics, LLC |
| 2. | Role of Applicant: | Accountant for Debtor |
| 3. | Name of certifying professional: | Scott R. Karp, CPA |
| 4. | Date case filed: | July 11, 2016 |
| 5. | Date of Retention Order: | August 16, 2016 *nunc pro tunc* to July 11, 2016 |

**IF INTERIM APPLICATION, COMPLETE 6,7 AND 8 BELOW:**

| | | |
|---|---|---|
| 6. | Period for this Application: | 11/16/2016 to 7/17/2017 |
| 7. | Amount of Compensation Sought: | $2,869.50 |
| 8. | Amount of Expense Reimbursement Sought: | $-00- |

**IF FINAL APPLICATION, COMPLETE 9 AND 10 BELOW:**

| | | |
|---|---|---|
| 9. | Total Amount of Compensation Sought during case: | n/a |
| 10. | Total Amount of Expense Reimbursement South during case: | n/a |
| 11. | Amount of Original Retainer(s).  Please disclose both Fee Retainer and Cost Retainer if such a retainer has been received: | None |
| 12. | Current balance of Retainer(s) remaining: | n/a |
| 13. | Last monthly operating report filed (Month/Year and ECF No.) | 8/31/2017  (DE #118) |
| 14. | If case is Chapter 11, current funds in Chapter 11 estate: | $213.38 |
| 15. | If case is Chapter 7, current funds held by Chapter 7 trustee: | n/a |

**COMPLETE THE ATACHED FEE APPLICATION SUMMARY CHART.  PLEASE INCLUDE THE INFORMATION FOR EACH PRIOR APPLICATION FILED WITH THE COURT:**

## FEE APPLICATION

Scott R. Karp, CPA and IZ Forensics, LLC, accountant to the Chapter 11 Debtor, applies for Interim compensation for fees for services rendered and costs incurred in this Chapter 11 proceeding. This application is filed pursuant to 11 U.S.C. §330 and Bankruptcy Rule 2016, and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1). The exhibits attached to this application, pursuant to the Guidelines, are:

Exhibits "1-A" and "1-B"- Summary of Professional and Paraprofessional Time.

Exhibit "2" - Summary of Requested Reimbursements of Expenses.

Exhibit "3" - The applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application.  The requested fees are itemized to the tenth of an hour.

Exhibit "4" – Fee Application Summary Chart

The applicant believes that the requested fee, of $2,869.50 for 33.0 hours worked, is reasonable considering the twelve factors enumerated in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by In re First Colonial Corp. of America, 544 F.2d 1291 (5th Cir. 1977), as follows:

**The Time and Labor Required:**

The actual time records maintained by the professionals performing services for the Debtor and the estate document the hours expended by the Applicant in performing professional services on behalf of the Debtor. Those daily time records do not capture every act, every phone call or email and do not reflect all of the time spent by counsel contemplating the circumstances or solutions presented. The time records are merely an enumeration of the recorded time devoted to various aspects of this matter. Applicant suggests that these records do not fully reflect the quality, character, or importance of the services performed by the Applicant. The time records do reflect, however, the various services performed required to adequately represent the interests of the Debtor. Summaries of Applicant's time reports are attached hereto as Exhibits 1-A and 1-B.

**The Novelty and Difficulty of the Services Rendered**:

The services required for this Chapter 11 proceeding were not particularly difficult, although the valuation motions proved to require additional time allotted or negotiations and attendance at hearings.

**The Skill Requisite to Perform the Services Properly**:

Applicant was required to possess experience in the area of accounting to perform the services and obtain the results described herein.

**The Preclusion of Other Employment by the Professional**
**Due to the Acceptance of the Case:**

Applicant is not aware of employment which was precluded by the acceptance of this case. However, had Applicant not accepted this case, the time spent on this case might have been devoted to other matters paying substantial hourly compensation on a current basis.

**The Customary Fee:**

The rates charged by the participating attorneys as set forth in the attached exhibits are well within the range charged by accountants in the Southern District of Florida of similar skill and reputation in the areas of bankruptcy and commercial law.

**Whether the Fee is Fixed or Contingent:**

Applicant's compensation for handling this matter is entirely contingent upon, and subject to, such award as this Court may allow. In this regard, however, Applicant asks the Court take into account the substantial time and effort expended the skill and diligence displayed, and the favorable results achieved thus far.

**Time Limitations Imposed by the Client or Other Circumstances:**

Applicant was mindful of the desires of the Debtor to complete administration of this case in a timely manner.

**The Experience, Reputation, and Ability of the Professional:**

Applicant enjoys a reputation for having proven substantial ability in the fields of accounting.

Igor Zelmanovich, MBA, Certified Fraud Examiner – Mr. Zelmanovich is an accredited Certified Fraud Examiner. He holds an undergraduate degree in Accounting and Computer Sciences from City University of New York, Brooklyn College and a Master Degree in Accounting and Finance from Keller School of Management, DeVry University. Over the past 25 years, Mr. Zelmanovich held senior financial and operational positions with companies domestic and international ranging in size from $5M to $1B. During his professional career, Mr. Zelmanovich held positions of Assistant Controller, Controller, Chief Financial Officer, Chief Operating Officer and Management Consultant.

Mr. Zelmanovich is an accomplished problem solver with years of experience across wide variety of industries with a success based record of managing business turnarounds, restructurings, startups, high growth situations, identifying business opportunities and developing and implementing operational and strategic plans. Mr. Zelmanovich has an extensive background in international operations, reorganization and technology issues.  After receiving his Certified Fraud Examiner accreditation from Association of Certified Fraud Examiners (ACFE) Mr. Zelmanovich acquired extensive experience in forensic accounting, fraud investigation and litigation support specializing in cases involving estate litigation, bank fraud, business/partnership disputes, family-law, accounting fraud, breaches of fiduciary duty, asset searches, professional malpractice and settlement negotiations.  In January 2013, Mr. Zelmanovich founded IZ Forensics, LLC.

3

Scott Karp, Certified Public Accountant - Scott Karp is a Florida licensed Certified Public Accountant (License# AC39478) with over 14 years of experience in both public accountant and private industry. He is a forensic accountant, providing litigation support in the areas of family law, fraud, business valuation and bankruptcy. Prior to becoming a forensic accountant, he served as a Controller for several South Florida companies in a variety of industries including manufacturing, vehicle telematics and internet sales. During his time as a Controller, Mr. Karp specialized in profit optimization, business process improvement and internal controls. Mr. Karp's areas of focus include:

- Litigation support for family law and fraud
- Financial support for collaborative law
- Identification and tracing of assets
- Outsourced controller and CFO services
- Budgeting and forecasting
- Financial statement preparation
- Payroll management and filing
- Cash management
- Internal control assessment
- Policies and procedures
- Tax return preparation

Mr. Karp graduated the University of Miami with both a Bachelors of Business Administration in Accounting and a Masters in the Science of Taxation. He currently resides in Boynton Beach and has been in the South Florida area since 1998.

**The Undesirability of the Case**:

The instant case was not undesirable, and Applicant was extremely proud to have had the privilege of serving the Debtor in this proceeding.

**The Nature and Length of the Professional Relationship of the Client:**

This was the first encounter with this client, although your undersigned hopes to enjoy a continuing professional relationship should the client require legal services in the future.

**Awards in Similar Cases**:

The amount prayed for by Applicant is not unreasonable in terms of awards similar cases. The fees requested by Applicant, computed at the rate between $65.00 and $90.00 per hour, comport with the economic spirit of the Bankruptcy Code.

**Case Accomplishments:**

Debtor's counsel has engaged in a number of steps required to propose a feasible Plan of Reorganization for the Debtor, while still managing the standard filings required by the code.

The applicant seeks an interim award of fees in the amount of $2,869.50.

## Certification

1. I have been designated by IZ FORENSICS, LLC (the "Applicant") as the professional with responsibility in this case for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "Guidelines").

2. I have read the Applicant's application for compensation and reimbursement of expenses (the "Application"). The application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the application.

3. The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4. In seeking reimbursement for the expenditures described on Exhibit 2, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5. In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6. The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance: **None**

**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave., Suite 450
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

By: /s/  **Chad T. Van Horn, Esq.**
Chad T. Van Horn, Esq.
Florida Bar No. 64500

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent to the following parties on this 9th day of October, 2017, in the manner so stated:

**<u>VIA CM/ECF</u>**

| | |
|---|---|
| Teresa M. Hair, Esq. | floridabklegal@brockandscott.com |
| | flbkecf@brockandscott.com |
| | wbecf@brockandscott.com |
| David E. Hicks, Esq. | tbyington@kelleykronenberg.com |
| Michael S. Hoffman. Esq. | mshoffman@hlalaw.com |
| | hlaecf@gmail.com |
| | kszolis@hlalaw.com |
| | agarcia@hlalaw.com |
| | mshoffman@ecf.courtdrive.com |
| Dennis J. LeVine, Esq. | tbyington@kelleykronenbrg.com |
| Office of the U.S. Trustee | USTPRegion21.MM.ECF@usdoj.gov |

**<u>VIA U.S. MAIL</u>**

All parties on the attached matrix.

> **VAN HORN LAW GROUP, P.A.**
> 330 N Andrews Ave., Suite 450
> Fort Lauderdale, FL 33301
> Telephone: (954) 765-3166
> Facsimile: (954) 756-7103
> Email: Chad@cvhlawgroup.com
>
> By: /s/ **Chad T. Van Horn, Esq.**
> Chad T. Van Horn, Esq.
> Florida Bar No. 64500

**Summary of Professional and Paraprofessional Time**
**Summary of Requested Reimbursement of**
**Expenses for this Time Period Only**
**(EXHIBIT "2")**

| | | | |
|---|---|---|---|
| 1. | Filing Fees | $ | 0.00 |
| 2. | Process Service Fees | $ | 0.00 |
| 3. | Witness Fees | $ | 0.00 |
| 4. | Court Reporter Fees and Transcripts | $ | 0.00 |
| 5. | Lien and Title Searches | $ | 0.00 |
| 6. | Photocopies | | |
| | (a) In-house copies (0  at 15¢/page) | $ | 0.00 |
| | (b) Outside copies ($ 0.00) | $ | 0.00 |
| 7. | Postage | $ | 0.00 |
| 8. | Overnight Delivery Charges | $ | 0.00 |
| 9. | Outside Courier/Messenger Services | $ | 0.00 |
| 10. | Long Distance Telephone Charges | $ | 0.00 |
| 11. | Long Distance Fax (copies at $1/page) | $ | 0.00 |
| 12. | Computerized Research | $ | 0.00 |

13. Outside of S.D. Fla. Travel            $        0.00
    (a)  Transportation        $_____
    (b)  Lodging               $_____
    (c)  Meals                 $_____

14.    Other permissible Expenses          $        0.00
    (a)                        $_____
    (b)                        $_____

**Total Expense Reimbursement Requested          $        -0-**

**EXHIBIT A**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS**

( *See*  Guidelines ¶ C.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (using  categories already maintained by the firm) | | BLENDED HOURLY RATE | |
| --- | --- | --- | --- |
| | | BILLED OR COLLECTED Firm or offices for preceding year, excluding bankruptcy | BILLED In this fee application |
| Delete | Partner | $200.00 | $110.00 |
| Delete | Staff | $125.00 | $65.00 |
| Add | *Click Add button to add additional timekeeper category* | | |
| | All timekeepers aggregated | | |

| | |
| --- | --- |
| Case Name: | Alex S. Chisholm |
| Case Number: | 16-16643-JKO |
| Applicant's Name: | IZ Forensics, LLC |
| Date of Application: | 07/17/2017 |
| Interim or Final: | Interim |

UST Form 11-330-A (2013)

**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION**

| | NAME | TITLE OR POSITION | DEPARTMENT, GROUP, OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED | HOURS BILLED | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | IN THIS APPLICATION | IN THIS APPLICATION | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | SINCE CASE INCEPTION |
| Delete | Scott R. Karp | Partner | | | $1,771.00 | 16.1 | $110.00 | $110.00 | 0 |
| Delete | Igor Zelmanovich | Partner | | | $1,098.50 | 16.9 | $65.00 | $65.00 | 0 |
| Add | *Click Add button to add additional timekeeper* | | | | | | | | |
| [1] If applicable | | | | | | | | | |

Case Name:        Alex S. Chisholm
Case Number:      16-16643-JKO
Applicant's Name: IZ Forensics, LLC
Date of Application: 07/17/2017
Interim or Final:  Interim

UST Form 11-330-B (2013)

**EXHIBIT C-1**

**BUDGET**

If the parties consent or the court so directs, a budget approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant.  If the fees sought in the fee application vary by more than 10% from the budget, the fee application should explain the variance. *See* Guidelines ¶ C.8. for project category information.

| | PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES |
|---|---|---|---|
| | Asset Analysis and Recovery | | |
| | Asset Disposition | | |
| | Assumption and Rejection of Leases and Contracts | | |
| | Avoidance Action Analysis | | |
| | Budgeting (Case) | | |
| | Business Operations | 40.00 | $3,500.00 |
| | Case Administration | 2.00 | $220.00 |
| | Claims Administration and Objections | | |
| | Corporate Governance and Board Matters | | |
| | Employee Benefits and Pensions | | |
| | Employment and Fee Applications | | |
| | Employment and Fee Application Objections | | |
| | Financing and Cash Collateral | | |
| | Litigation: Contested Matters and Adversary Proceedings (not otherwise within a specific project category) - identify each separately by caption and adversary number, or title of motion or application and docket number | | |
| Delete | | | |
| Add | *Click Add button to add a litigation entry* | | |
| | Meetings and Communications with Creditors | | |
| | Non-Working Travel | | |
| | Plan and Disclosure Statement | | |
| | Real Estate | | |
| | Relief from Stay and Adequate Protection | | |
| | Reporting | | |
| | Tax | | |
| | Valuation | | |
| | **TOTAL** | 42.00 | $3,720.00 |

Case Name:            Alex S. Chisholm
Case Number:         16-16643-JKO
Applicant's Name:    IZ Forensics, LLC
Date of Application:  07/17/2017
Interim or Final:      Interim

UST Form 11-330-C (2013)

EXHIBIT C-2

STAFFING PLAN

If the parties consent or the court so directs, a staffing plan approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant. If the fees are sought in the fee application for a greater number of professionals than identified in the staffing plan, the fee application should explain the variance.

| | CATEGORY OF TIMEKEEPER [1]<br>(using categories maintained by the firm) | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|---|
| Delete | Partner | 1 | $110.00 |
| Delete | Staff | 1 | $65.00 |
| Add | *Click Add button to add an additional timekeeper category* | | |

[1] As an alternative, firms can identify attorney timekeepers by years of experience rather than category of attorney timekeeper: 0-3, 4-7, 8-14, and 15+. Non-attorney timekeepers, such as paralegals, should be identified by category.

Case Name:        Alex S. Chisholm
Case Number:      16-16643-JKO
Applicant's Name: IZ Forensics, LLC
Date of Application: 07/17/2017
Interim or Final:  Interim

UST Form 11-330-C (2013)

**EXHIBIT D -1**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

(*See* Guidelines ¶ C.8. for project category information.)

| | PROJECT CATEGORY | HOURS BUDGETED[1] | FEES BUDGETED[1] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|---|
| | Asset Analysis and Recovery | | | | |
| | Asset Disposition | | | | |
| | Assumption and Rejection of Leases and Contracts | | | | |
| | Avoidance Action Analysis | | | | |
| | Budgeting (Case) | | | | |
| | Business Operations | 40.00 | $3,500.00 | 32.40 | $2,803.50 |
| | Case Administration | 2.00 | $220.00 | 0.60 | $66.00 |
| | Claims Administration and Objections | | | | |
| | Corporate Governance and Board Matters | | | | |
| | Employee Benefits and Pensions | | | | |
| | Employment and Fee Applications | | | | |
| | Employment and Fee Application Objections | | | | |
| | Financing and Cash Collateral | | | | |
| | Litigation: Contested Matters and Adversary Proceedings (not otherwise within a specific project category) - identify each separately by caption and adversary number, or title of motion or application and docket number | | | | |
| Delete | | | | | |
| Add | *Click Add button to add a litigation entry* | | | | |
| | Meetings and Communications with Creditors | | | | |
| | Non-Working Travel | | | | |
| | Plan and Disclosure Statement | | | | |
| | Real Estate | | | | |
| | Relief from Stay and Adequate Protection | | | | |
| | Reporting | | | | |
| | Tax | | | | |
| | Valuation | | | | |
| | **TOTAL** | 42.00 | $3,720.00 | 33.00 | $2,869.50 |
| [1] If applicable | | | | | |

Case Name:            Alex S. Chisholm

Case Number:          16-16643-JKO

Applicant's Name:     IZ Forensics, LLC

Date of Application:  07/17/2017

Interim or Final:     Interim

UST Form 11-330-D (2013)

**EXHIBIT D -2**

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

(*See* Guidelines ¶ C.8. for project category information.)

| | CATEGORY | AMOUNT |
|---|---|---|
| | Copies | |
| | Outside Printing | |
| | Telephone | |
| | Facsimile | |
| | Online Research | |
| | Delivery Services/Couriers | |
| | Postage | |
| | Local Travel | |
| | Out-of-Town Travel: | |
| | (a) Transportation | |
| | (b) Hotel | |
| | (c) Meals | |
| | (d) Ground Transportation | |
| Delete | (e) Other (please specify) | |
| Add | *Click Add button to add an out of town travel category* | |
| | Meals (local) | |
| | Court Fees | |
| | Subpoena Fees | |
| | Witness Fees | |
| | Deposition Transcripts | |
| | Trial Transcripts | |
| | Trial Exhibits | |
| | Litigation Support Vendors | |
| | Experts | |
| | Investigators | |
| | Arbitrators/Mediators | |
| Delete | Other (please specify) | |
| Add | *Click Add button to add another category* | |

| | |
|---|---|
| Case Name: | Alex S. Chisholm |
| Case Number: | 16-16643-JKO |
| Applicant's Name: | IZ Forensics, LLC |
| Date of Application: | 07/17/2017 |
| Interim or Final: | Interim |

UST Form 11-330-D (2013)

**EXHIBIT E**

**SUMMARY COVER SHEET OF FEE APPLICATION**

| | |
|---|---|
| Name of applicant | IZ Forensics, LLC |
| Name of client | Alex S. Chisholm |
| Time period covered by this application | Start        11/16/2016  End        07/17/2017 |
| Total compensation sought this period | $2,869.50 |
| Total expenses sought this period | $0.00 |
| Petition date | 05/05/2016 |
| Retention date | 11/10/2016 |
| Date of order approving employment | 12/07/2016 |
| Total compensation approved by interim order to date | $0.00 |
| Total expenses approved by interim order to date | $0.00 |
| Total allowed compensation paid to date | $0.00 |
| Total allowed expenses paid to date | $0.00 |
| Blended rate in this application for all attorneys | $0.00 |
| Blended rate in this application for all timekeepers | $86.95 |
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |
| Number of professionals included in this application | 2 |
| If applicable, number of professionals in this application not included in staffing plan approved by client | 0 |
| If applicable, difference between fees budgeted and compensation sought for this period | ($850.50) |
| Number of professionals billing fewer than 15 hours to the case during this period | 0 |
| Are any rates higher than those approved or disclosed at retention?  If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application | ⚪ yes                            ⦿ no |
| | |

| | |
|---|---|
| Case Name: | Alex S. Chisholm |
| Case Number: | 16-16643-JKO |
| Applicant's Name: | IZ Forensics, LLC |
| Date of Application: | 07/17/2017 |
| Interim or Final: | Interim |

UST Form 11-330-E (2013)

**Alex S. Chisholm**
**IZ Forensics Professional Fees**
**For Activity from November 11, 2016 to July 17, 2017**

| Date | Time Keeper | Time Recorded | Rate | Extended | Description |
|------|------|------|------|------|------|
| 11/16/16 | SK | 0.40 | 110.00 | 44.00 | Set-up QuickBooks and code chart of account |
| 11/17/16 | IZ | 0.70 | 65.00 | 45.50 | Code bank activity from 5/5/16 to 10/31/16 |
| 11/18/16 | IZ | 7.30 | 65.00 | 474.50 | Code bank activity from 5/5/16 to 10/31/16 |
| 11/19/16 | SK | 1.70 | 110.00 | 187.00 | Review staff entries for May to October 2016. |
| 11/20/16 | SK | 0.30 | 110.00 | 33.00 | Review entries relating to September and October. |
| 11/20/16 | SK | 0.30 | 110.00 | 33.00 | Review bank reconciliations relating to September and October. |
| 11/20/16 | SK | 0.80 | 110.00 | 88.00 | Prepare September monthly operating report |
| 11/21/16 | SK | 0.70 | 110.00 | 77.00 | Prepare October monthly operating report |
| 11/21/16 | SK | 0.70 | 110.00 | 77.00 | Review bank reconciliations for September and October |
| 11/21/16 | SK | 0.40 | 110.00 | 44.00 | Prepare September cash receipt and disbursement log |
| 11/21/16 | SK | 0.60 | 110.00 | 66.00 | Prepare October cash receipt and disbursement log |
| 12/16/16 | IZ | 0.70 | 65.00 | 45.50 | Bookkeeping services relating to November 2016. |
| 12/18/16 | IZ | 0.70 | 65.00 | 45.50 | Prepare bank reconciliations for November 2016. |
| 12/19/16 | SK | 0.20 | 110.00 | 22.00 | Conference with Client regarding items needed to complete the November operating report. |
| 12/19/16 | SK | 0.30 | 110.00 | 33.00 | Prepare financial statements for November 2016. |
| 12/19/16 | SK | 0.70 | 110.00 | 77.00 | Prepare cash receipts and disbursement journal for November 2016. |
| 12/20/16 | SK | 0.70 | 110.00 | 77.00 | Prepare monthly operating report for November 2016. |
| 01/17/17 | IZ | 0.80 | 65.00 | 52.00 | Bookkeeping services for December 2016 |
| 01/17/17 | IZ | 0.50 | 65.00 | 32.50 | Prepare bank reconciliation for December 2016. |
| 01/17/17 | SK | 0.70 | 110.00 | 77.00 | Prepare monthly operating report |
| 01/17/17 | SK | 0.50 | 110.00 | 55.00 | Prepare cash receipt and disbursement logs. |
| 02/17/17 | IZ | 0.50 | 65.00 | 32.50 | Code activity for January 2017. |
| 02/19/17 | IZ | 0.30 | 65.00 | 19.50 | Bank reconciliation January 2017. |
| 02/19/17 | SK | 0.40 | 110.00 | 44.00 | Prepare financial statements for January 2017 |
| 02/19/17 | SK | 0.40 | 110.00 | 44.00 | Prepare cash receipts and disbursement register for January 2017. |
| 02/19/17 | SK | 0.60 | 110.00 | 66.00 | Prepare the monthly operating report for January 2017. |
| 03/27/17 | IZ | 0.90 | 65.00 | 58.50 | Code February 2017 activity. |
| 03/27/17 | IZ | 0.40 | 65.00 | 26.00 | Prepare bank reconciliation for February 2017. |
| 03/27/17 | SK | 0.50 | 110.00 | 55.00 | Prepare cash receipts and disbursement detail for February 2017 |
| 03/27/17 | SK | 0.40 | 110.00 | 44.00 | Prepare Monthly operating report for February 2017 |
| 04/18/17 | IZ | 1.00 | 65.00 | 65.00 | Bookkeeping for March 2016. |
| 04/19/17 | SK | 0.70 | 110.00 | 77.00 | Prepare cash receipt and disbursement log for March 2017. |

**Alex S. Chisholm**
**IZ Forensics Professional Fees**
**For Activity from November 11, 2016 to July 17, 2017**

| Date | Time Keeper | Time Recorded | Rate | Extended | Description |
|---|---|---|---|---|---|
| 04/19/17 | SK | 0.50 | 110.00 | 55.00 | Prepare monthly operating report for March 2017. |
| 05/11/17 | IZ | 0.70 | 65.00 | 45.50 | Upload and code bank activity for April 2017 |
| 05/11/17 | IZ | 0.30 | 65.00 | 19.50 | Prepare bank reconciliation for April 2017 |
| 05/12/17 | SK | 0.70 | 110.00 | 77.00 | Prepare cash receipt and disbursement log for April 2017. |
| 05/15/17 | SK | 0.50 | 110.00 | 55.00 | Prepare monthly operating report for April 2017. |
| 06/09/17 | IZ | 0.80 | 65.00 | 52.00 | Upload and code bank activity for May 2017. |
| 06/09/17 | IZ | 0.30 | 65.00 | 19.50 | Generate financial statements for May 2017. |
| 06/09/17 | SK | 0.50 | 110.00 | 55.00 | Prepare cash receipt and disbursement log |
| 06/09/17 | SK | 0.40 | 110.00 | 44.00 | Prepare monthly operating report for May 2017. |
| 07/14/17 | IZ | 0.70 | 65.00 | 45.50 | Enter and code bank activity for June 2017. |
| 07/14/17 | IZ | 0.30 | 65.00 | 19.50 | Prepare bank reconciliation. |
| 07/14/17 | SK | 0.40 | 110.00 | 44.00 | Prepare cash receipt / disbursement log |
| 07/14/17 | SK | 0.50 | 110.00 | 55.00 | Prepare monthly operating report with supporting schedules. |
| 07/17/17 | SK | 0.60 | 110.00 | 66.00 | Prepare fee application. |
| | | **33.00** | | **2,869.50** | |

| Name | Time Keeper | Time Recorded | Rate | Extended |
|---|---|---|---|---|
| Igor Zelmanovich | IZ | 16.90 | $ 65.00 | $ 1,098.50 |
| Scott Karp | SK | 16.10 | $ 110.00 | 1,771.00 |
| | | **33.00** | | **$ 2,869.50** |

| Blended Rate of All Time Keepers | $ 86.95 |
|---|---|

# FEE APPLICATION SUMMARY CHART

| REQUEST | | | | | APPROVAL | | | | | PAID | | HOLDBACK | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Filed | ECF # | Period Covered | Fees Requested | Expenses Requested | Date Order Entered | ECF # | Fees Approved | Expenses Approved | Fees Paid | Expenses Paid | Fees Holdback | Expenses Holdback |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| TOTALS | | | | | | | | | | | | |

EXHIBIT "4"